## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ASHLEY KOZEL,

      Plaintiff,

v.                                 Case No. 8:16-CV-01384-CEH-TGW

INGA KOZEL, 212 WEST 18 LLC, 3601
SETAI LLC, and THE GOKANA TRUST,

      Implead Defendants.

_____/

### IMPLEAD DEFENDANTS 3601 SETAI LLC'S AND THE GOKANA TRUST'S
### CERTIFICATE OF INTERESTED PERSONS AND
### CORPORATE DISCLOSURE STATEMENT

Implead Defendants, 3601 Setai LLC and the Gokana Trust, by and through their

undersigned counsel, pursuant to the Court's Interested Persons Order for Civil Cases [ECF No.

10], hereby provides[1] the following Certificate of Interested Persons and Corporate Disclosure

Statement:

1.      The name of each person, attorney, association of persons, firm, law firm,

partnership, and corporation that has or may have an interest in the outcome of this action —

including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies

that own 10% or more of a party's stock, and all other identifiable legal entities related to any

party in this case:

---

[1] On January 22, 2016, the Gokana Trust objected to the subject matter and personal jurisdiction of the State Court. On January 22, 2016, 3601 Setai LLC objected to the subject matter jurisdiction of the State Court. This Certificate of Interested Persons and Corporate Disclosure Statement does not seek affirmative relief and does not waive any jurisdictional objections. *See, e.g.*, *Berne v. Beznos*, 819 So. 2d 235, 237–38 (Fla. 3d DCA 2002). The Gokana Trust maintains that the State Court and this Court lack both subject matter jurisdiction and personal jurisdiction. 3601 Setai LLC maintains that the State Court and this Court lack subject matter jurisdiction.

{10724/00450257.4}

**Hall Lamb & Hall, P.A.**
**Andrew C. Hall, Esq.**
**Jon W. Zeder, P.A.**
**Jon W. Zeder, Esq.**
**Greenberg Traurig, P.A.**
**Gregory W. Kehoe, Esq.**
**Danielle S. Kemp, Esq.**
**Jason B. Giller, P.A.**
**Jason B. Giller, Esq.**
**Kopelowitz Ostrow Ferguson Weiselberg**
**Fred A. Schwartz, Esq.**
**Michael Gilden, Esq.**
**Jonathan Streisfeld, Esq.**
**Fisher & Bendeck, P.L.**
**Jeffrey D. Fisher, Esq.**
**Grossman Roth and Partridge**
**William Partridge, Esq.**
**Foster-Morales Sockel Stone, LLC**
**Dori Foster-Morales, Esq.**
**The Gokana Trust**
**Emeralp Trust Limited**
**3601 Setai, LLC**
**Deepdene, Ltd.**
**Ashley Kozel**
**Todd Kozel**
**Inga Kozel**
**212 West 18, LLC**
**Capella Investments, Ltd.**
**Christos Georgiou**

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None known.**

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None known.**

{10724/00450257.4}

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**None known.**

Undersigned counsel for 3601 Setai LLC and the Gokana Trust certifies that, except as disclosed above, he is unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: June 20, 2016

Respectfully submitted,

HALL, LAMB AND HALL P.A.
*Attorneys for the Gokana Trust and 3601 Setai LLC*
2665 South Bayshore Drive, PH1
Miami, Florida 33133
Tel.: (305) 374-5030
Fax: (305) 374-5033
andyhall@hlhlawfirm.com
pleadings@hlhlawfirm.com

By: /s/ Andrew C. Hall
ANDREW C. HALL
Fla. Bar No.: 111480

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record for parties in the case.

By: /s/ Andrew C. Hall
ANDREW C. HALL

{10724/00450257.4}