UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY KOZEL,

        Plaintiff,

v.                                  CASE NO. 8:16-cv-01384-CEH-TGW

INGA KOZEL, 212 WEST 18 LLC,
3601 SETAI LLC and the GOKANA
TRUST,

        Implead Defendants.
_____/

**IMPLEAD DEFENDANT INGA KOZEL'S
MOTION FOR LEAVE TO AMEND JUNE 1, 2016 NOTICE OF REMOVAL**

Implead Defendant, Inga Kozel ("Mrs. Kozel"), by and through her undersigned counsel, files this Motion for Leave to Amend her June 1, 2016 Notice of Removal ("Motion"), and states as follows:

1. Mrs. Kozel removed this cause from state court on June 1, 2016. (ECF No. 1). Subsequently, on June 9, 2016, Mrs. Kozel filed an amended notice of removal ("Amended Notice of Removal") to clarify her allegations regarding this Court's jurisdiction. (ECF No. 22). Mrs. Kozel did not seek leave of this Court prior to filing the Amended Notice of Removal.

2. The Legislature has directed that "[d]efective allegations of jurisdiction may be amended, upon terms, in the trial or appellate courts." 28 U.S.C. § 1653. Interpreting this, the United States Court of Appeals for the Eleventh Circuit has held that "[w]here subject matter jurisdiction exists and any procedural shortcomings may be cured by resort to

§ 1653, we can surmise no valid reason for the court to decline the exercise of jurisdiction." *Corp. Mgmt. Advisors, Inc. v. Artjen Complexus, Inc.*, 561 F.3d 1294, 1297 (11th Cir. 2009) (quoting *In re Allstate Co.*, 8 F.3d 219, 223 (5th Cir. 1993)). Specifically, with respect to the sufficiency of allegations of citizenship, the Court stated that "[i]f a party fails to specifically allege citizenship in their notice of removal, the district court should allow that party to 'cure the omission' as authorized by § 1653." *Id.* (quoting *D.J. McDuffie, Inc. v. Old Reliable Fire Ins. Co.*, 608 F.2d 145, 146-47 (5th Cir. 1979)).

3. Because Plaintiff filed a response to the Amended Motion to Remand on June 15, 2016 (ECF No. 24), she will not be prejudiced by this Court retroactively granting leave for Mrs. Kozel to amend the June 1, 2016 Notice of Removal and deeming the June 9, 2016 Amended Notice of Removal as filed.

4. Although it is not clear that leave was required, in an abundance of caution and to resolve any procedural deficiency, Mrs. Kozel requests that this Court enter an Order granting her leave to amend her June 1, 2016 Notice of Removal, and deeming the June 9, 2016 Amended Notice of Removal as filed.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), counsel for Mrs. Kozel has conferred with counsel for Plaintiff, who opposes this motion.

**(Attorney's Signature Appears on the Following Page)**

Dated: June 29, 2016    Respectfully submitted,


/s/ Gregory W. Kehoe
Gregory W. Kehoe
Fla. Bar No. 486140
Danielle S. Kemp
Fla. Bar. No. 474355
GREENBERG TRAURIG, P.A.
101 East Kennedy Blvd., Suite 1900
Tampa, FL 33602
Telephone: (813) 318-5700
Facsimile: 813-318-5900
Email: kehoeg@gtlaw.com
Email: kempd@gtlaw.com

-and-

Jason Beau Giller
Fla. Bar No. 77441
JASON B. GILLER, P.A.
701 Brickell Ave., Suite 2450
Miami, FL 33131
Telephone: (305) 999-1906
Facsimile: (305) 489-8530
Email:  Jason@gillerpa.com
    File@gillerpa.com
    Iren@gillerpa.com


*Attorneys for Implead Defendant, Inga Kozel*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with the Clerk of Court on this 29th day of June, 2016, and that same is being served this day on all counsel of record identified on the service list below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or via electronic mail.

By: /s/ Gregory W. Kehoe
     Attorney

## SERVICE LIST

**Jeffrey D. Fisher, Esq.**
**Zachary R. Potter, Esq.**
eservice@fisherbendeck.com
Fisher & Bendeck, P.L, Attorney for Former Wife
501 So. Flagler Drive, Suite 450
West Palm Beach, Florida 33401

**William Partridge, Esq.**
wep@grossmanroth.com
las@grossmanroth.com
Grossman Roth and Partridge, Co-Counsel for Former Wife
1800 Second Street, Suite 777
Sarasota, Florida 34236-5994

**Dennis P. Waggoner, Esq.**
dwaggoner@hwhlaw.com
Hill Ward Henderson, Co-Counsel for Former Wife
101 E. Kennedy Blvd.
Suite 3700
Tampa, FL 33602

**Dori Foster-Morales, Esq**.
service@fostermorales.com
Foster-Morales Sockel Stone, LLC, Attorneys for Former Husband
150 West Flagler Street, Museum Tower
Penthouse II, Suite 2950
Miami FL 331310

**Jose A. Casal, Esq**.
jose.casa@hklaw.com
Holland & Knight, LLP, Co-Counsel for Former Husband
701 Brickell Avenue, Suite 3300
Miami FL 33131

**Fred A. Schwartz, Esq**.
schwartz@kolawyers.com
Kopelowitz Ostrow Ferguson Weiselberg, Attorneys for 212 West 18 LLC
200 E. Palmetto Park Road, Suite 103
Boca Raton, FL 33432

**Andrew C. Hall, Esq.**
andyhall@hlhlaw.com
andyhall@andyhall.com
Hall Lamb & Hall, P.A., Attorneys for The Gokana Trust and 3601 Setai LLC
2665 South Bayshore Drive, PH 1
Miami, FL 33133-5452