# EXHIBIT INDEX

| Number | Title |
|---|---|
| 1. | Former wife's motion for permission to withdraw funds from escrow account dated May 27, 2016 |
| 2. | Order granting former wife's motion to withdraw funds from escrow account dated June 10, 2016 |
| 3. | Inga Kozel's petition for writ of prohibition and related petition for writ of certiorari dated July 6, 2016 |
| 4. | Gokana Trust's notice of joinder of Inga Kozel's petitions for writ dated July 7, 2016 |
| 5. | Order to Show Cause (2DCA) re: Inga Kozel's petitions for writ dated July 7, 2016 |
| 6. | Order on former husband's motion for stay pending appeal and former wife's motions for contempt dated May 9, 2016 |
| 7. | Former wife's amended motion for proceedings supplementary and to implead third parties dated January 13, 2016 |
| 8. | Transcript of hearing on March 30, 2016 on Inga Kozel's motion to quash service of process |
| 9. | Former husband's verified motion to supplement record of evidentiary hearing dated April 15, 2016 |
| 10. | Transcript of hearing (NY) on June 28, 2016 |