IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

| | |
|---|---|
| IN RE: The Former Marriage of | FAMILY DIVISION |
| ASHLEY D. KOZEL, | CASE NO. 2010DR8976NC |
| Former Wife, | |
| and | |
| TODD KOZEL, | |
| Former Husband, | |
| and | |
| THE GOKANA TRUST, 3601 SETAI LLC, INGA KOZEL, 212 WEST 18 LLC, | |
| Impleader Defendants. _____/ | |

### ORDER ON FORMER WIFE'S MOTION FOR PERMISSION TO WITHDRAW FUNDS FROM ESCROW ACCOUNT AT THE REQUEST OF THE IRS AUDITOR DATED 5/27/16

This cause came before the court on June 10, 2016 upon the former wife's motion for permission to withdraw funds from escrow account at the request of the IRS auditor dated May 27, 2016. The court having heard argument of counsel, and being otherwise fully advised, it is hereby

ADJUDGED as follows:

1. The former wife's motion for permission to withdraw funds from escrow account at the request of the IRS auditor be, and is hereby **GRANTED**.

2. _____

Kozel V. Kozel, Et Al.
Case No. 2010DR8976NC
*Order on Former Wife's Motion for Permission to Withdraw Funds
From Escrow Account At The Request Of The Irs Auditor Dated 5/27/16*
Page 2

3. _____

_____.

ORDERED at Sarasota, Sarasota County, Florida, on this __10__ day of June 2016.

*/s/ Nancy K. Donnellan*
NANCY DONNELLAN
Senior Circuit Judge

Copies to:

**Jeffrey D. Fisher, Esq.**, Fisher & Bendeck, P.L., Attorneys for Former Wife, 501 So. Flagler Drive, Suite 450, West Palm Beach, Florida 33401 eservice@fisherbendeck.com

**William Partridge, Esq.**, Grossman Roth and Partridge, Co-Counsel for Former Wife, 1800 Second Street, Suite 777, Sarasota, Florida 34236-5994 wep@grossmanroth.com and las@grossmanroth.com

**Dori Foster-Morales, Esq.**, Foster-Morales Sockel-Stone LLC, Attorneys for Former Husband, Museum Tower, 150 W. Flagler Street, Penthouse II, Suite 2950, Miami, Florida 33130 service@fostermorales.com

**Jose A. Casal, Esq.**, Holland & Knight, LLP, Co-Counsel for Former Husband, 701 Brickell Avenue, Suite 3300, Miami, FL 33131 jose.casal@hklaw.com

**Fred A. Schwartz, Esq.**, Kopelowitz Ostrow Ferguson Weiselberg, Attorneys for 212 West 18 LLC, 200 E. Palmetto Park Road, Suite 103, Boca Raton, FL 33432 schwartz@kolawyers.com and liz@projectparalegal.com

**Andrew C. Hall, Esq.**, Hall, Lamb and Hall, P.A., Attorneys for 3601 Setai LLC and The Gokana Trust, 2665 So. Bayshore Drive, PH1, Miami, Florida 33133 andyhall@hlhlawfirm.com and pleadings@hlhlawfirm.com

**Ryan W. Owen, Esq.**, Adams and Reese, LLP, Attorneys for Inga Kozel, 1515 Ringling Boulevard, Suite 700, Sarasota, FL 34236 ryan.owen@arlaw.com