# IN THE DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

| | |
|---|---|
| **INGA KOZEL,** | **CASE NO.: 2D16-2882** |
| *Petitioner*, | Lower Case No.: 2010DR8976NC |
| v. | |
| **ASHLEY D. KOZEL,** *et al.*, | |
| *Respondents*. | |
| _____/ | |

## THE GOKANA TRUST'S NOTICE OF JOINDER

The Gokana Trust (the "Trust"), pursuant to Fla. R. App. P. 9.360(a) files this Notice of Joinder in the above-styled case to join in the proceeding as a petitioner.

      Respectfully submitted,

      HALL, LAMB AND HALL P.A.
      *Attorneys for the Gokana Trust*
      2665 South Bayshore Drive, PH1
      Miami, Florida 33133
      Tel.: (305) 374-5030
      Fax: (305) 374-5033
      andyhall@hlhlawfirm.com
      ddavis@hlhlawfirm.com
      vpalacio@hlhlawfirm.com
      kgaudioso@hlhlawfirm.com
      pleadings@hlhlawfirm.com

      By: /s/ Andrew C. Hall
      ANDREW C. HALL
      FBN: 111480

{10724/00453333.1}

                              KEITH R. GAUDIOSO
                              FBN: 034436
                              DANIEL E. DAVIS
                              FBN: 104970
                              VANESSA PALACIO
                              FBN: 98054
                              KEITH R. GAUDIOSO
                              FBN: 34436

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served via the Court's e-portal filing system on this 7th day of July, 2016, upon:

| | |
|---|---|
| Dori Foster-Morales, Esq.<br>FOSTER-MORALES SOCKEL-STONE LLC<br>Museum Tower<br>150 W. Flagler Street<br>Penthouse II<br>Suite 2950<br>Miami, Florida 33130<br>service@fostermorales.com<br>*Counsel for Todd Kozel* | Raoul G. Cantero, Esq.<br>WHITE & CASE, LLP<br>200 S. Biscayne Blvd., Suite 4900<br>Miami, Florida 33131<br>rcantero@whitecase.com<br>miamilitigationfileroom@whitecase.com<br>*Counsel for Todd Kozel* |
| Fred A. Schwartz, Esq.<br>KOPELOWITZ OSTROW FERGUSON WEISELBERG<br>200 E. Palmetto Park Road<br>Suite 103<br>Boca Raton, FL 33432<br>schwartz@kolawyers.com<br>*Counsel for 212 West 18 LLC* | Gregory W. Kehoe<br>GREENBERG TRAURIG PA<br>101 East Kennedy Blvd.<br>Suite 1900<br>Tampa, FL 33602<br>Email: kehoeg@gtlaw.com<br>Email: kempd@gtlaw.com<br>*Counsel for Inga Kozel* |
| Jeffrey D. Fisher<br>Zachary R. Potter<br>FISHER & BENDECK, P.L. | Jason Beau Giller<br>JASON B. GILLER, P.A.<br>701 Brickell Ave., Suite 2450 |

| | |
|---|---|
| 501 So. Flagler Drive<br>Suite 450<br>West Palm Beach, Florida 33401<br>eservice@fisherbendeck.com<br>*Counsel for Ashley Kozel* | Miami, FL 33131<br>Email: Jason@gillerpa.com<br>File@gillerpa.com<br>Iren@gillerpa.com<br>*Counsel for Inga Kozel* |
| William Partridge, Esq.<br>GROSSMAN, ROTH & PARTRIDGE<br>1800 2nd Street<br>Ste. 777<br>Sarasota, Florida 34236-5994<br>wep@grossmanroth.com<br>ajs@grossmanroth.com<br>*Counsel for Ashley Kozel* | John G. Crabtree<br>Florida Bar No. 886270<br>Charles M. Auslander<br>Florida Bar No. 349747<br>Brian C. Tackenberg<br>Florida Bar No. 0107224<br>CRABTREE & AUSLANDER<br>240 Crandon Boulevard, Suite 101<br>Key Biscayne, Florida 33149<br>Telephone (305) 361-3770<br>jcrabtree@crabtreelaw.com<br>causlander@crabtreelaw.com<br>btackenberg@crabtreelaw.com<br>floridaservice@crabtreelaw.com<br>*Counsel for Inga Kozel* |
| Steven L. Brannock, Esq.<br>BRANNOCK & HUMPHRIES<br>1111 W. Cass Street, Suite 200<br>Tampa, Florida 33606<br>sbrannock@bhappeals.com<br>eservice@bhappeals.com<br>*Counsel for Ashley Kozel* | |

By /s/ Andrew C. Hall
ANDREW C. HALL

## **CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that the undersigned counsel has complied with the requirements of Rules 9.100(l) of the Florida Rules of Appellate Procedure.

/s/ Andrew C. Hall
ANDREW C. HALL