1

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA
CASE NO. 2010DR8976NC

IN RE: THE MARRIAGE OF:

ASHLEY D. KOZEL,

    Former Wife,

and

TODD KOZEL,

    Former Husband.

_____/

VOLUME 1
VIDEOTAPED DEPOSITION OF TODD KOZEL
(PAGES 1 - 165)

DATE TAKEN: Friday, November 20, 2015
TIME: 9:32 a.m. - 12:45 p.m.
1:57 p.m. - 5:02 p.m.
PLACE: 1800 2nd Street, Suite 903
Sarasota, Florida

Stenographically Reported By:

LISA D. HANGER, RPR, CRR, FPR

**Page 6**

```
     EXHIBITS FOR IDENTIFICATION          PAGE
     (VOLUME 2 - Continued)

     Former Wife's Exhibit Number 31         234
        9/23/13 and 10/4/13 E-mail Chain Between
        Ashley Sternbach and Etienne Herpin
        (Bates #CORE00042)
     Former Wife's Exhibit Number 32         235
        10/9/13 Letter to Michael Strauss from
        John Rodriguez (Bates #CORE00163 and CORE00064B)
     Former Wife's Exhibit Number 33         236
        10/24/13 and 10/27/13 E-mail Chain
        Between Larissa Petrovic and Emily Beare
        and Ashley Sternbach Subject: WT/13CD
        (Bates #CORE00085)
     Former Wife's Exhibit Number 34         240
        Lease of A Condominium Unit and Addendum #1
        To Lease (Bates #FH1372 - FH1376)
     Former Wife's Exhibit Number 35         245
        10/27/13 and 10/28/13 E-mail Chain
        Subject: Mr. And Mrs. Kozel - Walker Tower
        (Bates #CORE00088)
     Former Wife's Exhibit Number 36         246
        10/31/13 E-mail to Inga Kozel, Etienne
        Herpin and Ashley Sternbach from Emily
        Beare (Bates #CORE00117)
     Former Wife's Exhibit Number 37         248
        10/31/13 E-mail Chain Subject: 13CD Approved
        Punch List (Bates #CORE00328 and CORE00327)
     Former Wife's Exhibit Number 38         249
        12/4/13 E-mail from Nicholas Stern to
        Emily Beare Subject: Kozel (Bates #CORE00174)
     Former Wife's Exhibit Number 39         260
        6/24/14 Letter to Bill Lustig from
        Michael Freeman, Esquire (Bates #PMG1-PMG2)
        And (Bates #PMG65 - PMG67)
     Former Wife's Exhibit Number 40         264
        8/5/14 E-mail to Bill Lustig from
        Agenlica Ruano (Bates #PMG247)
     Former Wife's Exhibit Number 41         265
        Certificate of Liability Insurance
        Dated 9/2/14 (Bates #PMG373)
     Former Wife's Exhibit Number 42         266
        11/7/14 E-mail Chain Subject: 212 W 18
        Apt 14C Furniture Delivery With Attachments
        (Bates #PMG405 and PMG419 - 423)
     Former Wife's Exhibit Number 43         269
        10/8/15 E-mail Chain Subject: Walker Tower
        (Bates #PMG471 and PMG473)
```

**Page 7**

Thereupon, the following proceedings began at 10:10 a.m.

----

THE VIDEOGRAPHER: Good morning. We're going on the record. The time is now 9:32. Today's date is November 20th, 2015. We're here for the videotaped deposition of Todd Kozel. Will the court reporter please swear in the witness?

THE COURT REPORTER: Would you raise your right hand? Do you solemnly swear or affirm the testimony you're about to give will be the truth, the whole truth and nothing but the truth?

THE WITNESS: I do.

----

THEREUPON,
   TODD KOZEL,
being by me first duly sworn to testify the whole truth, testified as follows:

DIRECT EXAMINATION
BY MR. FISHER:
Q. Tell us your name, please.
A. Todd Francis Kozel.

**Page 8**

Q. And what is your home address?
A. Ezereliu gatve 21, Vilnius, Lithuania 10301.
Q. How long has that been your home address?
A. Since September 2009.
Q. Is that a house or an apartment?
A. It's a house.
Q. Okay. And how are you currently employed?
A. I'm not.
Q. What are you doing with your time?
A. Specifically...
Q. Well, the last time we met, I think you told me you were volunteering or something like that. So are you still volunteering?
A. Doing work for the Kurdish and Syrian refugees.
Q. And what are you doing -- I'm sorry. Go ahead.
A. Fund-raising, PR work, trying to inform news outlets and things of the activities, trying to get support for the Kurdish government and the refugees.
Q. Okay. Are you working through a particular organization or just on your own?
A. We've secured funding for organizations, but I'm just working on my own.

**Page 9**

MR. FISHER: Denise, give me a different pen. I don't like this pen.
BY MR. FISHER:
Q. All right. Did you bring some records with you today?
A. Yes.
Q. Could we take a look at those, please? Thank you.
MR. FISHER: And is this document, the Former Husband's Response to Wife's Re-Notice of Taking Deposition Duces Tecum 10/8/15, does this list the documents that are being produced.
MR. CASAL: Yes.
MR. FISHER: Okay. Thank you.
BY MR. FISHER:
Q. All right. Just take a look --
MR. FISHER: Let's do this for the record. We'll mark all of those documents that were produced at the deposition today as Exhibit 1, and we'll see if we can have them copied on a break.
(Former Wife's Exhibit Number 1 marked.)
MR. FISHER: All right. So let me have the petition first, please. Just give them all to me.