**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO. 8:16-cv-01384-CEH-TGW

ASHLEY KOZEL,

Plaintiff,

v.

INGA KOZEL, 212 WEST 18 LLC,
3601 SETAI LLC and the GOKANA TRUST,

Impleader Defendants.
_______________________________________________/

**NOTICE OF APPEARANCE**

George R. Baise Jr. and Crabtree & Auslander appear in this matter on behalf of Impled Defendant Inga Kozel.

Dated: July 18, 2016

Respectfully submitted,

/s/ George R. Baise
George R. Baise Jr.

George R. Baise Jr.
Florida Bar No. 0111805
John G. Crabtree
(*District Court Admission Pending*)
Florida Bar No. 886270
Charles M. Auslander
(*District Court Admission Pending*)
Florida Bar No. 349747
Brian C. Tackenberg
(*District Court Admission Pending*)
Florida Bar No. 0107224
CRABTREE & AUSLANDER
240 Crandon Boulevard, Suite 101
Key Biscayne, Florida 33149
Telephone (305) 361-3770
Facsimile (305) 437-8118
jcrabtree@crabtreelaw.com
causlander@crabtreelaw.com
gbaise@crabtreelaw.com
btackenberg@crabtreelaw.com
floridaservice@crabtreelaw.com

***Counsel for Defendant Inga Kozel***

## CERTIFICATE OF SERVICE

On July 18, 2016, I electronically filed this notice, and served it on the following attorneys, using the CM/ECF service.

/s/ George R. Baise
George R. Baise Jr.

**SERVICE LIST**

Jeffrey D. Fisher, Esq.
eservice@fisherbendeck.com
FISHER & BENDECK, P.L
501 So. Flagler Drive, Suite 450
West Palm Beach, FL 33401
***Counsel for Former Wife***

William Partridge, Esq.
wep@grossmanroth.com
las@grossmanroth.com
GROSSMAN ROTH AND PARTRIDGE
1800 Second Street, Suite 777
Sarasota, FL 34236-5994
***Co-Counsel for Former Wife***

Dori Foster-Morales, Esq.
service@fostermorales.com
FOSTER-MORALES SOCKEL STONE, LLC
150 West Flagler Street, Museum Tower
Penthouse II, Suite 2950
Miami FL 331310
***Counsel for Former Husband***

Andrew C. Hall, Esq.
andyhall@hlhlaw.com
andyhall@andyhall.com
HALL LAMB & HALL, P.A.
2665 South Bayshore Drive, PH 1
Miami, FL 33133-5452
***Counsel for The Gokana Trust and 3601 Setai LLC***

Fred A. Schwartz, Esq.
schwartz@kolawyers.com
KOPELOWITZ, OSTROW, FERGUSON WEISELBERG
200 E. Palmetto Park Road, Suite 103
Boca Raton, FL 33432
***Counsel for 212 West 18 LLC***

Jason Giller, Esq.
JASON B. GILLER, P.A.
Jason@gillerpa.com
701 Brickell Ave., Suite 2450
Miami, FL 33131
***Co-Counsel for Inga Kozel***

Gregory W. Kehoe, Esq.
kehoeg@gtlaw.com
Danielle S. Kemp
kempd@gtlaw.com
GREENBERG TRAURIG, P.A.
101 East Kennedy Blvd., Suite 1900
Tampa, FL 33602
***Co-Counsel for Inga Kozel***