UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY KOZEL,

    Plaintiff,

    v.        CASE NO. 8:16-cv-01384-CEH-TGW

INGA KOZEL, 212 WEST 18 LLC,
3601 SETAI LLC and the GOKANA
TRUST,

    Impleader Defendants.
_____/

**IMPLEADER DEFENDANT INGA KOZEL'S
MOTION FOR LEAVE TO REPLY TO ASHLEY KOZEL'S OPPOSITION TO
INGA'S MOTION FOR LEAVE TO AMEND JUNE 1, 2016 NOTICE OF REMOVAL**

Pursuant to Local Rule 3.01(d), Impleader Defendant, Inga Kozel ("Mrs. Kozel"), seeks leave to reply to Ashley Kozel's (the Plaintiff's) Opposition to Mrs. Kozel's Motion for Leave to Amend June 1, 2016 Notice of Removal.

"The purpose of a reply brief is to rebut any new law or facts contained in the opposition response to a request for relief before the Court." *Tardif v. People for Ethical Treatment of Animals*, 2011 WL 2729145 *2 (M.D. Fla. July 13, 2011). While the local rules authorize the filing of a reply or further memorandum, a party may only do so with leave of Court. Rule 3.01(d). In seeking leave, a party may not attach the proposed reply or further memorandum, but shall specify the length of the proposed filing. Id.

On June 29, 2016, Mrs. Kozel filed a three-page motion for leave to amend her notice of removal. [Dkt. 35]. On July 5, Mrs. Kozel filed her consolidated response (D.E. 36) to the

1

Plaintiff's *two* motions to remand [Dkt. 13; 24]. On July 18, Plaintiff Ashley Kozel filed a *20-page* opposition, together with 12 exhibits [Dkt. 38] to Mrs. Kozel's 3-page motion.

While Plaintiff Ashely Kozel styled her 10-page opposition paper as a response to Mrs. Kozel's motion for leave to amend her notice of removal, in substance, Plaintiff Ashley Kozel filed a reply to the response to the two motions to remand. Thus, Plaintiff has now essentially filed what amounts to three substantive motions to remand.

Despite the girth of Plaintiff's opposition, which includes interjecting new issues into the matters before this Court, Mrs. Kozel seeks leave to file a 5-page reply. More specifically, the basis for this request is that Plaintiff's opposition includes a section entitled "Additional Background Since Removal," which purports to raise facts and law that are not addressed by Mrs. Kozel's July 5 consolidated response to the motions to remand.

WHEREFORE, Impleader Defendant Inga Kozel requests that for good cause shown the Court grant her motion for leave to file a 5-page reply to the Plaintiff's Opposition brief and any other relief the Court deems necessary and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Inga Kozel conferred with counsel for Ashley Kozel prior to the filing of the instant motion, and Ashley Kozel opposes the relief sought herein.

Dated: July 28, 2016.

Respectfully Submitted,

**JASON B. GILLER, P.A.**
*Attorneys for Implead Defendant INGA KOZEL*
701 Brickell Avenue, 24th Floor
Miami, FL   33131

Telephone: (305) 999-1906
Facsimile: (305) 489-8530
E-Mail: jason@gillerpa.com
file@gillerpa.com
iren@gillerpa.com

By: /s/ Jason B. Giller_____
JASON B. GILLER
Florida Bar No. 77441

AND

Crabtree & Auslander, P.A.
George Richard Baise, Esq.
Fla. Bar. No. 111805
240 Crandon Blvd., Suite 234
Key Biscayne, FL 33149
Telephone: (305) 361-3770

E-Mail: gbaise@crabtreelaw.com
ecabrera@crabtreelaw.com

*Attorneys for Implead Defendant, Inga Kozel*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with the Clerk of Court on this 28th day of July, 2016, and that same is being served this day on all counsel of record identified on the service list below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or via electronic mail.

By: /s/ Jason B. Giller_____
JASON B. GILLER
Florida Bar No. 77441

## SERVICE LIST

**Jeffrey D. Fisher, Esq.**,
eservice@fisherbendeck.com
Fisher & Bendeck, P.L, Attorney for Former Wife,
501 So. Flagler Drive, Suite 450,
West Palm Beach, Florida 33401

**William Partridge, Esq.**,
wep@grossmanroth.com
las@grosmanroth.com
Grossman Roth and Partridge, Co-Counsel for Former Wife,
1800 Second Street, Suite 777,
Sarasota, Florida 34236-5994

**Dennis P. Waggoner, Esq.**
dwaggoner@hwhlaw.com
Hill Ward Henderson, Co-Counsel for Former Wife
101 E. Kennedy Blvd.
Suite 3700
Tampa, FL 33602

**Dori Foster-Morales, Esq**.,
service@fostermorales.com
Foster-Morales Sockel Stone, LLC, Attorneys for Former Husband,
150 West Flagler Street, Museum Tower,
Penthouse II, Suite 2950,
Miami FL 331310

**Fred A. Schwartz, Esq**.,
schwartz@kolawyers.com
Kopelowitz Ostrow Ferguson Weiselberg, Attorneys for 212 West 18 LLC (and representation of Inga Kozel pending),
200 E. Palmetto Park Road, Suite 103.
Boca Raton, FL 33432

**Andrew C. Hall, Esq.**,
andyhall@hlhlaw.com
andyhall@andyhall.com
Hall Lamb & Hall, P.A., Attorneys for The Gokana Trust and 3601 Setai LLC,
2665 South Bayshore Drive, PH 1,

5

Miami, FL 33133-5452 [and].