UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY KOZEL,

        Plaintiff,

        v.                         CASE NO. 8:16-cv-01384-CEH-TGW

INGA KOZEL, 212 WEST 18 LLC,
3601 SETAI LLC and the GOKANA
TRUST,

        Impleader Defendants.

_____/

**JOINT MOTION FOR EXTENSION OF TIME**
**TO COMPLY WITH LOCAL RULE 3.05**

Pursuant to Local Rule 3.05(c)(2) of the Local Rules of the United States District Court

for the Middle District of Florida, Plaintiff, ASHLEY KOZEL ("Plaintiff") and Impleader

Defendant, INGA KOZEL ("Defendant") (collectively the "Parties"), hereby respectfully and

jointly move this Honorable Court to: (i) extend the time for the Parties to meet and confer for

the purpose of preparing and filing a Case Management Report until twenty (20) days after the

Court rules on Plaintiff's two motions to remand [Dkt. 13; 24]; and (ii) extend the time for the

Parties to submit the Case Management Report until ten (10) days after the meeting between

the Parties.

        1.      On June 8, 2016, Plaintiff filed her Motion to Remand [D.E. 13].  On June 15,

2016, Plaintiff filed her Second Motion to Remand [D.E. 24].  As of the filing of the instant

Joint Motion for Extension of Time to Comply with Local Rule 3.05, the Court has not entered

an order on either of Plaintiff's Motions for Remand [Dkt. 13, 14].

1

2.     The ruling on said motions will determine if the matter will remain in Federal Court or will be remanded back to the State Court.

3.     On August 1, 2016, pursuant to the Related Case Order and Track Two Notice [D.E. 9], the Parties discussed preparation of the Case Management Report, and in light of the pending motions to remand now before the Court, determined it would be more prudent to seek an extension of time in which to prepare the Case Management Report.

4.     The Parties believe that seeking this extension of time would not be prejudicial to the interests of any party and would serve principles of judicial economy if granted.

5.     The applicable rules of procedure governing this action permit the Court, in its discretion, to extend a period of time for "good cause" when a request is made prior to the expiration of time originally allowed.  Fed. R. Civ. P. 6(b).  The Court also has the inherent discretion to control its docket to allow for the orderly processing of matters before it.  *See Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002).

<u>CONCLUSION</u>

Accordingly, the Parties respectfully request the Court to enter an order for the extension of time within which to comply with the Related Case Order and Track Two Notice [D.E. 9] and Local Rule 3.05, to: (i) extend the date for which the Parties are to meet for the purpose of preparing the Case Management Report until twenty (20) days after the Court rules on the motions to remand [Dkt. 13; 24]; and (ii) extend the date for which the Parties are to file the Case Management Report with the Court until ten (10) days after the meeting between the Parties, and any other relief the Court deems necessary and proper.

Dated:  August 2, 2016.

Respectfully Submitted,

**JASON B. GILLER, P.A.**
*Attorneys for Implead Defendant INGA KOZEL*
701 Brickell Avenue, 24th Floor
Miami, FL   33131
Telephone:      (305) 999-1906
Facsimile:      (305) 489-8530
E-Mail:          jason@gillerpa.com
                     file@gillerpa.com
                     iren@gillerpa.com


By: /s/ Jason B. Giller_____
          JASON B. GILLER
          Florida Bar No. 77441


AND

Crabtree & Auslander, P.A.
George Richard Baise, Esq.
Fla. Bar. No. 111805
240 Crandon Blvd., Suite 234
Key Biscayne, FL 33149
Telephone: (305) 361-3770

E-Mail:  gbaise@crabtreelaw.com
          ecabrera@crabtreelaw.com
*Attorneys for Implead Defendant, INGA KOZEL*


*Dennis P. Waggoner*
Dennis P. Waggoner, Esq.
Fla. Bar No. 509426
Hill Ward Henderson
101 E Kennedy Blvd., Suite 3700
Tampa, Florida 33602
Tel: (813) 221-3900
Fax: (813) 221-2900
Email: dwaggoner@hwhlaw.com
*Attorneys for Plaintiff, ASHLEY KOZEL*

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with the Clerk of Court on this 2nd day of August, 2016, and that same is being served this day on all counsel of record identified on the service list below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or via electronic mail.

By: /s/ Jason B. Giller
JASON B. GILLER
Florida Bar No. 77441

## SERVICE LIST

**Jeffrey D. Fisher, Esq.**,
**Zachary Potter, Esq.**
eservice@fisherbendeck.com
Zpotter@fisherbendeck.com
Fisher & Bendeck, P.L, *Attorney for Former Wife*,
501 So. Flagler Drive, Suite 450,
West Palm Beach, Florida 33401

**William Partridge, Esq.**,
wep@grossmanroth.com
las@grossmanroth.com
Grossman Roth and Partridge, *Co-Counsel for Former Wife,*
1800 Second Street, Suite 777,
Sarasota, Florida 34236-5994

**Dennis P. Waggoner, Esq.**
dwaggoner@hwhlaw.com
Hill Ward Henderson, *Co-Counsel for Former Wife*
101 E. Kennedy Blvd.
Suite 3700
Tampa, FL 33602

**Dori Foster-Morales, Esq.**,
service@fostermorales.com

Foster-Morales Sockel Stone, LLC, *Attorneys for Former Husband,*
150 West Flagler Street, Museum Tower,
Penthouse II, Suite 2950,
Miami FL 331310

**Fred A. Schwartz, Esq**.,
schwartz@kolawyers.com
Kopelowitz Ostrow Ferguson Weiselberg,
*Attorneys for 212 West 18 LLC*
200 E. Palmetto Park Road, Suite 103.
Boca Raton, FL 33432

**Andrew C. Hall, Esq.,**
andyhall@hlhlaw.com
andyhall@andyhall.com
Hall Lamb & Hall, P.A.,
*Attorneys for The Gokana Trust and 3601 Setai LLC,*
2665 South Bayshore Drive, PH 1,
Miami, FL 33133

**Gregory W. Kehoe, Esq.**
Danielle S. Kemp, Esq.
kehoeg@gtlaw.com
kempd@gtlaw.com
GREENBERG TRAURIG, P.A.
101 East Kennedy Blvd., Suite 1900
Tampa, FL 33602