## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

-----------------------------------------------------------X

**ASHLEY D. KOZEL,**

    **Plaintiff,**

                                    Case no. 8:16-cv-01384-CEH-TGW

    -against-


**INGA KOZEL, 212 WEST 18 LLC,**
**3601 SETAI LLC and the GOKANA TRUST,**

    **Impleader Defendants.**

-----------------------------------------------------------X

### DEFENDANT 212 WEST 18 LLC, MOTION TO JOIN
### IN THE JOINT MOTION FOR EXTENSION OF TIME TO COMPLY
### WITH LOCAL RULE 3.05 PROPOUNDED BY ASHLEY KOZEL

COMES NOW, the Defendant, 212 WEST 18 LLC, by and through the undersigned counsel of record and files this Motion to Join in the Joint Motion for Extension of Time to Comply with Local Rule 3.05 [DE 44] filed with this Court on August 2, 2016.

                                    Respectfully Submitted,

                                    *Attorneys for Defendant 212 West 18 LLC*
                                    By: */s/ Fred A. Schwartz*
                                    Fred A. Schwartz, Esq.
                                    **KOPELOWITZ OSTROW**
                                    **FERGUSON WEISELBERG GILBERT**
                                    Florida Bar Number: 360538
                                    200 East Palmetto Park Road, Ste. 103
                                    Boca Raton, Fl., 33432
                                    Phone:  (561) 910-3065
                                    Direct:  (561) 910-3064
                                    Schwartz@kolawyers.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 2nd day of August, 2016.

## SERVICE LIST

Gregory W. Kehoe, Esq.
kehoeg@gtlaw.com
Greenberg Traurig LLP
Attorneys for Inga Kozel
101 East Kennedy Blvd., Suite 1900
Tampa, FL 33602

Jason Giller, Esq.
Jason@gillerpa.com
Jason B. Giller, P.A.
Co-Counsel for Inga Kozel
701 Brickell Ave., Suite 2450 Miami, FL 33131

Andrew C. Hall, Esq.
pleadings@hlhlawfirm.com
Hall Lamb Hall, P.A.
Attorneys for The Gokana Trust and 3601 Setai LLC
2665 South Bayshore Drive, PH 1
Miami, FL 33133-5452

Dennis P. Waggoner, Esq.
Florida Bar No. 509426 dwaggoner@hwhlaw.com
3700 Bank of America Plaza
101 E. Kennedy Boulevard
Tampa, Florida 33602
Co-Counsel for Petitioner/Former Wife

Zachary R. Potter
501 So. Flagler Drive, Suite 450
West Palm Beach, Florida 33401
eservice@fisherbendeck.com
Attorneys for Petitioner/Former Wife

By: */s/ Fred A. Schwartz*
Fred A. Schwartz, Esq.